# In the United States District Court for the Southern District of Georgia
## Savannah Division

| | |
|---|---|
| LORENZO EDWARD LEE,<br><br>    Plaintiff,<br><br>v.<br><br>POOLER GEORGIA POLICE DEPARTMENT and GANCARCIK, Officer 647, Pooler Police Department,<br><br>    Defendants. | CV 423-231 |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 6. Plaintiff did not file Objections to the Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** the Pooler Police Department as a defendant in this case.

**SO ORDERED**, this 3 day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA